S. LANE TUCKER
United States Attorney

CHRISTINA SHERMAN
MAC CAILLE PETURSSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: christina.sherman@usdoj.gov
       mac.caille.petursson@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:24-cr-00117-SLG-MMS |
|---|---|
| Plaintiff, | COUNT 1: <br> FELON IN POSSESSION OF A FIREARM <br> Vio. of 18 U.S.C. §§ 922(g)(1) & 924(a)(8) |
| vs. | |
| DON DEVIET FRYE SR., | |
| Defendant. | CRIMINAL FORFEITURE ALLEGATION: <br> Vio. of 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a) |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On or about August 12, 2024, within the District of Alaska, the defendant, DON DEVIET FRYE SR., knowing that he had previously been convicted by any court of a

crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: Freedom Arms Co., Model FA-S22, Casull 22 caliber revolver.

Prior Conviction

| Conviction Date | Offense | Court | Case No |
|---|---|---|---|
| June 9, 2021 | Attempted Possession of a Controlled Substance with Intent to Distribute | District of Alaska | 3:18-CR-00147-TMB |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of an offense in violation of 18 U.S.C. § 922(g)(1), and 18 U.S.C. § 924(a)(8), as set forth in Count 1 of this Indictment, the defendant, DON DEVIET FRYE SR., shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in violation of the offense, including, but not limited to the following:

1. Freedom Arms Co., Model FA-S22, Casull 22 caliber revolver bearing serial number A57282;
2. any and all associated ammunition.

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

s/ Grand Jury Foreperson<br>GRAND JURY FOREPERSON

s/ Christina Sherman
CHRISTINA SHERMAN
Assistant U.S. Attorney
United States of America

s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney

DATE: 10/15/24